IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BASIL THEOPHILE, :
    Petitioner :
: No. 1:17-cv-02404
v. :
: (Judge Kane)
WARDEN CLAIR DOLL, :
    Respondent :

## ORDER

**AND NOW**, on this 22nd day of May 2018, **IT IS ORDERED THAT**:

1. Petitioner Basil Theophile's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED**; and

2. The Clerk of Court shall **CLOSE** this case.

                                              <u>s/ Yvette Kane</u>
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania